■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN JAMAL JOHNSON, Appellant. [633 NYS2d 286] —Judgment, Supreme Court, Bronx County (Bonnie Wittner, J.), rendered November 17, 1992, convicting defendant, upon his guilty plea, of robbery in the first degree, and sentencing him to a term of 2 to 6 years, unanimously affirmed.

Defendant's claim that his plea should not have been accepted since his allocution did not establish that the piece of metal he displayed in the course of the robbery was a dangerous instrument is unpreserved for appellate review as a matter of law, defendant never having moved to withdraw his plea or to vacate the judgment of conviction (*People v Toxey*, 202 AD2d 330, *affd* 86 NY2d 725). Nor is review in the interest of justice warranted, since the alleged deficiency in the allocution did not negate an element of the crime or otherwise cast doubt on the voluntariness of the plea *(supra)*. Concur—Sullivan, J. P., Ellerin, Ross, Tom and Mazzarelli, JJ.

(November 9, 1995)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JERRY HILL, Appellant. [633 NYS2d 153] —Judgment, Supreme Court, New York County (Edward Sheridan, J.), rendered March 8, 1994, convicting defendant, upon his plea of guilty, of attempted criminal possession of a controlled substance in the third degree, and sentencing him, as a second felony offender, to a term of 3 to 6 years, unanimously affirmed.

Observations by an experienced police officer of defendant repeatedly directing drug buyers to sellers, and occasionally receiving cash from the sellers after they completed the transactions provided the police with probable cause to arrest defendant (*People v McRay*, 51 NY2d 594).

Defendant's remaining claims are waived by operation of his guilty plea (*People v Taylor*, 65 NY2d 1). Concur—Murphy, P. J., Sullivan, Rosenberger, Ross and Tom, JJ.